# FAIR LABOR STANDARDS ACT
# SETTLEMENT AGREEMENT

This Fair Labor Standards Act Settlement Agreement ("Agreement") is made and entered into by and between Alem Salelow (hereinafter: "Salelow") and 2916 Habana Way Operations, LLC, d/b/a Habana Health Care Center (hereinafter: "Habana").

Salelow was previously employed by Habana. Salelow has brought claims against Habana for unpaid overtime wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, in the United States District Court for the Middle District of Florida, Tampa Division, Case No.: 8:16-cv-02715-T-23-TBM.

In consideration for the mutual promises set forth below, Salelow and Habana agree as follows:

1. Habana will make the payments specified in paragraph 2 in return for Salelow's dismissal with prejudice of the claims she has brought against Habana in the matter of *Alem Salelow v. 2916 Habana Way Operations, LLC, d/b/a Habana Health Care Center*, Case No.: 8:16-cv-2715-T-23-TBM, pending in the United States District Court for the Middle District of Florida, Tampa Division.

2. Habana promises and obligates itself to perform the following covenants under this Agreement:

    a. Habana shall provide Salelow with payment in the gross amount of Five Hundred Dollars and No Cents ($500.00), less all applicable, standard taxable withholdings. She will receive one check made payable to "Alem Salelow" (an IRS Form W-2 will be issued with respect to this payment) in compromise of Salelow's contested claims for unpaid overtime wages under the FLSA.

    b. The sums described above shall be delivered to the offices of Wenzel, Fenton, & Cabassa, P.A. within thirty (30) business days after the later of the following two events: (1) Habana receives an original of this Agreement executed by Salelow; and (2) the United States District Court for the Middle District of Florida issues an order that either specifically approves this Agreement or dismisses the case.

3. Salelow promises and obligates herself to perform the following covenants under this Agreement:

    a. Salelow agrees that the amount set forth in paragraph 2 represents full compensation for any unpaid wages, unpaid overtime, liquidated damages, and attorneys' fees and costs that she might have been able to recover from Habana in connection with the claims she has brought against Habana in the matter of *Alem Salelow v. 2916 Habana Way Operations, LLC, d/b/a Habana Health Care Center*, Case No.: 8:16-cv-02715-T-23-TBM, pending in the United States District Court for the Middle District of Florida, Tampa Division.

## FAIR LABOR STANDARDS ACT
## SETTLEMENT AGREEMENT
## SIGNATURE PAGE

In the Matter of Alem Salelow v. 2916 Habana Way Operations, LLC,
d/b/a Habana Health Care Center
Case No.: 8:16-cv-02715-T-23-TBM

_____
Signature of Alem Salelow

2/1/017
_____
Date of Signature of Alem Salelow

_____
Printed Name of Witness

_____
Signature of Witness

2/1/17
_____
Date of Signature of Witness

_____
Signature of Authorized Representative of
Releasees

RDHR - Consulate Healthcare
_____
Title of Authorized Representative of
Releasees

2/01/2017
_____
Date of Signature of Authorized
Representative of Releasees