UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEM SALELOW,

    Plaintiff,

v.                                      CASE NO. 8:16-cv-2715-T-23TBM

2916 HABANA WAY
OPERATIONS, LLC,

    Defendant.
_____/

**ORDER**

In this FLSA action, the parties' motion (Doc. 16) to approve the settlement is **GRANTED**, the settlement is **APPROVED** as fair and reasonable, and the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on February 13, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE